B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 11–30144**
**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Roger Zamparo Jr.
   4413 North Redwood Drive
   Norridge, IL 60706

Social Security / Individual Taxpayer ID No.:
   xxx–xx–7249

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

     It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                 FOR THE COURT

Dated: <u>October 25, 2011</u>                     <u>Kenneth S. Gardner, Clerk</u>
                                                United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                          United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                            Case No. 11-30144-CAD
Roger Zamparo                                                     Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1           User: admin                 Page 1 of 2          Date Rcvd: Oct 25, 2011
                               Form ID: b18                Total Noticed: 52


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 27, 2011.
db           +Roger Zamparo, Jr.,    4413 North Redwood Drive,    Norridge, IL 60706-4454
17577560     +Accurint,    PO Box 7247-6157,   Philadelphia, PA 19170-0001
17577561     +Adam Lasker,    8 S. Michigan Avenue,    #3500,   Chicago, IL 60603-3321
17577563      American Express,    Box 0001,   Los Angeles, CA 90095-0001
17577565      Aqua Illinois, Inc.,    762 W. Lancaster Avenue,    Bryn Mawr, PA 19010-3489
17577566     +Ascension Point Recovery Services,    200 Coon Rapids Blvd,    #210,   Minneapolis, MN 55433-5867
17577567      Athletico,    709 Enterprise Drive,   Oak Brook, IL 60523-8814
17577571     +Boone County Treasurer,    1212 Logan Avenue,    Suite 104,   Belvidere, IL 61008-4033
17577572      Candlewick Lake Association,    27 N Wacker Drive,    #825,   Chicago, IL 60606-2800
17577573     +Chicago Tribune,    435 N. Michigan Ave.,    TT300,   Chicago, IL 60611-4066
17577580     +Delaware Place Bank,    190 East Delaware Place,    Chicago, IL 60611-1814
17577583     +Eric Hogensen,    Hogensen Strategies Group,    2322 S. Kinnickinnic,    Milwaukee, WI 53207-1626
17577587    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
              (address filed with court: Fifth Third Bank,     38 Fountain Square Plaza,    Cincinnati, OH 45202)
17577584     +Fidelity National Title,    505 E. North Avenue,    Carol Stream, IL 60188-2105
17577585     +Fifth Third Bank,    5050 Kingsley Drive,    Cincinnati, OH 45227-1115
17577586      Fifth Third Bank,    P.O. Box 740789,    Cincinnati, OH 45274-0789
17577588     +First American Title,    27775 Diehl Road,    Warrenville, IL 60555-4024
17577589     +GC Services,    6330 Gulfton,   Houston, TX 77081-1198
17577590     +Hertz Corp.,    c/o CT Corporation System,    208 S. LaSalle St., Suite 814,
               Chicago, IL 60604-1101
17577591      ICS, Inc.,    P.O. Box 1010,   Tinley Park, IL 60477-9110
17577592     +Katherine S. Epli,    4434 Wilson Avenue,    Downers Grove, IL 60515-2643
17577596     +MB Financial Bank, N.A.,    Private Banking,    6111 N. River Road,    Rosemont, IL 60018-5111
17577597     +MCHS Arlington Heights,    715 W. Central,    Arlington Heights, IL 60005-2348
17577598      Northwestern Med. Faculty Fdn.,    38693 Eagle Way,    Chicago, IL 60678-1386
17577599      Northwestern Memorial Hospital,    P.O. Box 73690,    Chicago, IL 60673-7690
17577600      PNC Bank/National City,    P.O. Box 856177,    Louisville, KY 40285-6177
17577601      Reiman Publishing,    P.O. Box 5294,    Harlan, IA 51593-0794
17577605     +V.W. Credit,    1401 Franklin Blvd,    Libertyville, IL 60048-4460
17577607     +VISA/Dept Stores National Bank,    PO Box 8218,    Mason, OH 45040-8218
17577606     +Village Green Management Co.,    North Harbor Tower LLC,    30833 Northwestern Highway,
               Farmington, MI 48334-2583
17577609      Wells Fargo,    800 S. Jordan,   West Des Moines, IA 50266

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17577564      EDI: AMEREXPR.COM Oct 26 2011 01:58:00      American Express,    P.O. Box 981537,
               El Paso, TX 79998-1537
17577562      EDI: AMEREXPR.COM Oct 26 2011 01:58:00      American Express,    Box 0001,
               Los Angeles, CA 90096-8000
17577569      EDI: BANKAMER.COM Oct 26 2011 01:58:00      Bank of America,    P.O. Box 851001,
               Dallas, TX 75285-1001
17577568     +EDI: BANKAMER2.COM Oct 26 2011 01:58:00      Bank of America,    PO Box 17054,
               Wilmington, DE 19850-7054
17577570      EDI: TSYS2.COM Oct 26 2011 01:58:00     Barclay Bank Delaware,    PO Box 8801,
               Wilmington, DE 19899-8801
17577574     +EDI: CITICORP.COM Oct 26 2011 01:58:00      Citi,   P.O. Box 6500,    Sioux Falls, SD 57117-6500
17577575      EDI: CITICORP.COM Oct 26 2011 01:58:00      Citi Cards,    Processing Center,
               Des Moines, IA 50363-0001
17577578     +EDI: CITICORP.COM Oct 26 2011 01:58:00      CitiCard/Citibank,    PO Box 6500,
               Sioux Falls, SD 57117-6500
17577577      EDI: CITICORP.COM Oct 26 2011 01:58:00      Citibank,    Processing Center,
               Des Moines, IA 50363-0001
17577576     +EDI: SEARS.COM Oct 26 2011 01:58:00     Citibank,    P. O. Box 6189,    Sioux Falls, SD 57117-6189
17577579     +E-mail/Text: legalcollections@comed.com Oct 26 2011 02:37:04      ComEd,    P. O. Box 6111,
               Carol Stream, IL 60197-6111
17577582      EDI: DISCOVER.COM Oct 26 2011 01:58:00      Discover Financial Services,    PO Box 15316,
               Wilmington, DE 19850
17577581      EDI: DISCOVER.COM Oct 26 2011 01:58:00      Discover Card,    P.O. Box 6103,
               Carol Stream, IL 60197-6103
17577594     +EDI: TSYS2.COM Oct 26 2011 01:58:00     Macy’s,    PO Box 689195,   Des Moines, IA 50368-9195
17577593     +EDI: TSYS2.COM Oct 26 2011 01:58:00     Macy’s,    PO Box 183084,   Columbus, OH 43218-3084
17577595     +EDI: TSYS2.COM Oct 26 2011 01:58:00     Macys,    9111 Duke Blvd,   Mason, OH 45040-8999
17577604      EDI: NEXTEL.COM Oct 26 2011 01:58:00     Sprint,    c/o Diversified Adjustment Service,
               600 Coon Rapids Blvd,    Minneapolis, MN 55433
17577602      EDI: SEARS.COM Oct 26 2011 01:58:00     Sears Master Card,    P.O. Box 183082,
               Columbus, OH 43218-3082
17577603      EDI: SEARS.COM Oct 26 2011 01:58:00     Sears/Citibank,    8725 W. Sahara Avenue,
               The Lakes, NV 89163-0001
17577608     +E-mail/Text: vci.bkcy@vwcredit.com Oct 26 2011 02:36:47      Volkswagen Credit Inc.,    PO Box 3,
               Hillsboro, OR 97123-0003
17577610     +EDI: WFFC.COM Oct 26 2011 01:58:00     Wells Fargo Business Line,    P.O. Box 54349,
               Los Angeles, CA 90054-0349
```

```
District/off: 0752-1          User: admin              Page 2 of 2                Date Rcvd: Oct 25, 2011
                              Form ID: b18             Total Noticed: 52

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
                                                                                                    TOTAL: 21

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 27, 2011**                    **Signature:** _Joseph Speetjens_